**Order entered April 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00498-CV**

**IN RE PHO GOLDEN, LLC, Relator**

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00568-2020**

**ORDER**

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and motion for emergency relief.

/s/    CORY L. CARLYLE
        JUSTICE